**SO ORDERED.**

**SIGNED January 13, 2022.**



_____
**JOHN W. KOLWE
UNITED STATES BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

IN RE: GLORIA GREEN MORRIS                                            CASE NO: 17-20336

### ORDER OF DISMISSAL

    On December 01, 2021, the Chapter 13 Trustee filed a Motion To Dismiss noticing the Motion for hearing on an if and only if basis. The Debtor(s) did not object to the Trustee's Motion or otherwise request a hearing .
Accordingly,

    **IT IS ORDERED** that the Debtor(s)' case is hereby dismissed;

    **IT IS FURTHER ORDERED** that after the Trustee disburses any and all remaining funds in his possession , that the Debtor(s)' account be closed;

    **IT IS FURTHER ORDERED** that any wage deduction Orders requiring Debtor(s)' employer to make payments to the Trustee are revoked and rescinded;

    **IT IS FURTHER ORDERED** that the Automatic Stay under l1 U.S.C. Sec. 362(A) and, if applicable, I I U.S.C. Sec. 1301 is no longer in affect; and

    **IT IS FURTHER ORDERED** that notice of this Order of Dismissal be sent to all creditors notifying them that the Chapter 13 case was dismissed, and that creditors should now look directly to the debtor(s) for satisfaction of any balances owing upon their claim.

                                                                ###

This order was prepared and is being submitted by:
Keith A. Rodriguez
Standing Chapter 13 Trustee
P O BOX 3445
LAFAYETTE, LA  70502-3445
(337)233-4413